**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**ABILENE DIVISION**

| | | |
|---|---|---|
| THE ESTATE OF TAYLOR HUFF, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| vs. | ) | No. 1:15-CV-0001-P-BL |
| | ) | |
| CITY OF ABILENE TEXAS POLICE DEPARTMENT, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ACCEPTING REPORT AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

On September 24, 2015, the assigned Magistrate Judge issued a Report and Recommendation (doc. 19) in which he recommends that the Court grant a Motion to Dismiss (doc. 11) and dismiss Counts Six and Seven of Plaintiffs' complaint for failure to state a claim under Fed. R. Civ. P. 12(b)(6). Plaintiffs have filed no objection to the recommendation. After reviewing the relevant filings, including the Report and Recommendation, in accordance with 28 U.S.C. § 636(b)(1), the undersigned is of the opinion that the findings and conclusions of the Magistrate Judge are correct and they are accepted as the findings and conclusions of the Court. Accordingly, the Court **ACCEPTS** the Report and Recommendation (doc. 19), **GRANTS** the Motion to Dismiss (doc. 11), and dismisses Counts Six and Seven for failure to state a claim under Fed. R. Civ. P. 12(b)(6).

**SIGNED this 5th day of November, 2015.**

_____
**JORGE A. SOLIS**
**UNITED STATES DISTRICT JUDGE**